**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                       **CRIMINAL ACTION NO. 1:08CR022-P-D**

**STANLEY BRANDON,**                                           **DEFENDANT.**

<u>**ORDER CONTINUING TRIAL**</u>

This matter comes before the court upon Defendant's Motion for Continuance [9]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for May 19, 2008. Defense counsel requests a continuance due to conflicting, previously scheduled trials and the need for additional time to prepare for trial of the instant matter. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from May 19, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [9] is **GRANTED**;

(2) Trial of this matter is continued until Monday, July 7, 2008 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from May 19, 2008 to July 7, 2008 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is June 16, 2008; and

    (5) The deadline for submitting a plea agreement is June 23, 2008.

**SO ORDERED** this the 6th day of May, A.D., 2008.

                                                /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE