# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                        **CRIMINAL ACTION NO. 1:08CR022-P-D**

**STANLEY BRANDON,**                                                        **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's second Motion for Continuance [12]. After due consideration of the motion, the court finds as follows, to-wit:

Trial was recently continued to July 7, 2008. Defense counsel requests an additional continuance to give him adequate time to review recently received discovery and to prepare for trial in this case. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from July 7, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [12] is **GRANTED**;

(2) Trial of this matter is continued until Monday, August 18, 2008 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from July 7, 2008 to August 18, 2008 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is July 28, 2008; and

    (5) The deadline for submitting a plea agreement is August 4, 2008.

**SO ORDERED** this the 12th day of May, A.D., 2008.

                                          /s/ W. Allen Pepper, Jr.
                                          W. ALLEN PEPPER, JR.
                                          UNITED STATES DISTRICT JUDGE